BROWN et al. v. MOUNT et al.

(Supreme Court, Appellate Division, Second Department. March 14, 1899.)

VENDOR AND PURCHASER—MARKETABLE TITLE.

A judgment construing a will through which all parties claim title to land, though erroneous, being in an action to which every person having any possible interest in the land was a party, makes title marketable, so that a purchaser must complete his purchase.

Appeal from special term, Kings county.

Action by Clara J. Brown and others against Henry R. Mount and others. A motion to compel John Potts to complete his purchase of land was denied, and plaintiffs and part of the defendants appeal. Reversed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and WOODWARD, JJ.

William H. Hamilton, for appellants.

Van Mater Stilwell, for respondent.

PER CURIAM. Assuming that the will of the deceased, through whom all parties claim title, was erroneously construed by the special term (which we by no means assert), still the question was one fairly for litigation, and the judgment rendered in the action is conclusive on

all the parties; and, as there is no person having any possible interest in the title who was not made a party to the action, the title of the purchaser is absolutely secure; he is protected by the judgment. Blakeley v. Calder, 15 N. Y. 617; Jordan v. Van Epps, 85 N. Y. 427.

The order should be reversed, and motion to compel purchaser to take title granted, with $10 costs and disbursements.